IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIPE MIRANDA, | § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 3:21-cv-559-N |
| NADA HOLDINGS, INC., | § § | |
| *Defendant*. | § § | |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF THIS COURT:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

*Respectfully submitted,*

By: /s/ *Ashley Tremain*  
Ashley E. Tremain  
State Bar No. 24066209  

**Tremain Artaza, PLLC**  
13140 Coit Road, Ste. 104  
Dallas, Texas 75240  
(469)-573-0229 (Telephone)  
(214)-254-4941 (Facsimile)  
Ashley@tremainartaza.com  

**ATTORNEYS FOR PLAINTIFF FELIPE MIRANDA**

/s/ *R. Lynn Fielder*  
R. Lynn Fielder  
Texas State Bar No. 06971100  

**Downs & Stanford, P.C.**  
2001 Bryan Street, Suite 4000  
Dallas, Texas 75201  
Telephone: (214) 534-5113  
Facsimile: (214) 748-4530  
lfielder@downsstanford.com  

*and*

Christopher J. McNamara  
New York State Bar No. 4933545  

**Barton LLP**  
711 Third Avenue, 14th Floor  
New York, New York 10017  
Phone (212) 687-6262  
Fax (212) 687-3667  
cmcnamara@bartonesq.com  

**ATTORNEYS FOR DEFENDANT NADA HOLDINGS, INC.**